DOA: 12/19/25

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 25-6508MJ |
| Alexis Garcia-Fajardo | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. § 1951, 18 U.S.C. § 924(c)(1)(A), 18 U.S.C. § 922(g)(5), and 18 U.S.C. § 924(a)(8), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Task Force Office with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Patrick E. Chapman, AUSA

*Patrick E. Chapman* (signature)
Digitally signed by Patrick E. Chapman
Date: 2025.12.21 13:53:41 -07'00'

| TFO DUSTIN HOOKER, FBI | Dustin Hooker (Digitally signed by Dustin Hooke Date: 2025.12.21 13:49:35 -07'0) |
|---|---|
| Name of Complainant | Signature of Complainant |

Sworn to telephonically before me

| December 21, 2025 @ 2:11pm | at | Phoenix, Arizona |
|---|---|---|
| Date | | City and State |

| HONORABLE ALISON S. BACHUS | |
|---|---|
| United States Magistrate Judge | (signature) |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

# ATTACHMENT A
# DESCRIPTION OF COUNTS

## COUNT 1

**Hobbs Act Robbery**

On December 19, 2025, in the County of Maricopa in the District of Arizona, Defendant ALEXIS GARCIA-FAJARDO did unlawfully obstruct, delay, and affect commerce, as defined in 18 U.S.C. § 1951(b) and the movement of articles and commodities in such commerce, by robbery as defined in 18 U.S.C. § 1951(b), in that Defendant ALEXIS GARCIA-FAJARDO did unlawfully take and obtain personal property consisting of United States currency from the person of or in the presence of the owner or possessor of the property of O'Reilly Auto Parts, located at 8326 W. Indian School Road, Phoenix, Arizona 85037, against his/her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his/her person and the property in his/her custody and possession.

In violation of Title 18, United States Code, Section 1951.

## COUNT 2

**Using, Carrying, and Brandishing a**

**Firearm During and in Relation to a Crime of Violence**

On December 19, 2025, in the County of Maricopa in the District of Arizona, Defendant ALEXIS GARCIA-FAJARDO did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, and did knowingly possess and brandish a firearm in furtherance of a crime of violence, that is, Hobbs Act Robbery as alleged in Count 1, a felony prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

### Alien in Possession of a Firearm

On December 19, 2025, in the County of Maricopa in the District of Arizona, Defendant ALEXIS GARCIA-FAJARDO, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: one (1) Smith & Wesson, M&P 40C, .40 caliber pistol, serial number HPW1676, which had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## ATTACHMENT B
## STATEMENT OF PROBABLE CAUSE

I, Dustin Hooker, being duly sworn, declare and state as follows:

## INTRODUCTION AND BACKGROUND

1. I am a Detective with the City of Phoenix Police Department and a Task Force Officer with the Federal Bureau of Investigation's ("FBI") Violent Crimes Task Force (the "Task Force"). I have been an officer with the City of Phoenix for approximately 28 years, a Detective for nine years, and assigned to the Task Force since February 2019. Prior to being assigned to the Task Force, I was assigned to the Violent Crimes Bureau/Robbery Unit with the Phoenix Police Department.

2. In preparing this Statement of Probable Cause, I have conferred with other law enforcement officials who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I have also relied on my training, experience, and background in law enforcement to evaluate this information. Because this Statement of Probable Cause is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included all facts or sources of information establishing the violation of federal law.

3. Based on the facts set forth below, there is probable cause that Alexis Garcia-Fajardo ("Garcia-Fajardo") committed violations of 18 U.S.C. § 1951, Hobbs Act Robbery, 18 U.S.C. § 924(c)(1)(A), Carrying, Using, or Brandishing a Firearm During and in Relation to a Crime of Violence, and 18 U.S.C. §§ 922(g)(5) and 924(a)(8), Alien in Possession of a Firearm.

## PROBABLE CAUSE

4. On 09/28/2025 at 2036 hours, an unknown Hispanic male wearing a gray hooded Nike Sweatshirt, black hat, blue mask, tan pants, gray and pink gloves, and black and white Nike shoes, entered the WSS Shoe Store located at 5120 W. Indian School Road in Phoenix. Upon entering the store, the suspect used his right hand and removed a black

handgun from his from sweatshirt pocket, pointed it at the employee, and demanded money from the cash register. The suspect spoke only Spanish and this incident was captured on store video surveillance cameras. An exterior camera captured the suspect arriving to and fleeing in a white Honda accord four door sedan.

5. On 10/23/2025 at 1926 hours, an unknown Hispanic male wearing a blue, white, and gray hooded sweatshirt, gray pants, white shoes, and a black ski mask, entered the Big 5 Sporting Goods store located at 7710 W. Thomas Road in Phoenix. Upon entering the store, the suspect used his right hand and removed a black handgun from his waistband, pointed it at the employees, and demanded money from the cash register. While the employees were complying with the suspect's demands, the suspect ordered the employees at gun point to the area behind the cash registers. The suspect spoke only Spanish and this incident was captured on store video surveillance cameras. An exterior camera captured the suspect fleeing on foot across a field to a neighborhood. There, the camera captured a vehicle arriving to and fleeing the area the suspect was seen approaching. A vehicle make or model could not be determined.

6. On 10/31/2025 at 2241 hours, an unknown Hispanic male wearing a black sweatshirt, black ski mask, gray pants, and white shoes entered the Peter Piper Pizza restaurant located at 4105 N. 51st Avenue in Phoenix. Upon entering the restaurant, the suspect used his right hand and removed a black handgun from his waistband, pointed it at the employees, and demanded money from the cash register. The employees were unable to open the register and the suspect fled. The suspect spoke only Spanish and this incident was captured on restaurant video surveillance cameras. An exterior camera captured the suspect arriving to and fleeing the scene in a white sedan with a license plate frame on the front. The vehicle appeared to be a 2016 – 2017 Honda Accord four-door sedan.

7. On 11/22/2025 at 1728 hours, an unknown Hispanic male wearing a gray Nike hooded sweatshirt, black ski mask, dark pants, and white or gray shoes, entered the Ooh Lala Plus restaurant located at 3825 N. 75th Avenue in Phoenix. Upon entering the restaurant, the suspect approached the cashier wearing one glove on his right hand. The

suspect placed his hand on a black handgun in the front of his waistband. The suspect ordered the cashier to open the register in Spanish as he held his gloved hand on the handle of the gun. The suspect entered the employees-only area of the business touching multiple surfaces with his ungloved hand including the inside of the cash register as he stole money from the drawer. The suspect spoke only Spanish and this incident was captured on restaurant video surveillance cameras.

8. On 12/09/2025 at 2020 hours, an unknown stocky Hispanic male wearing a white hooded sweatshirt, baseball hat, and dark mask armed with a black semi-automatic handgun, entered the El Pollo Loco restaurant located at 6535 W. Indian School Road in Phoenix. Upon entering the business, the suspect removed a black handgun from his front waistband area, racked the slide, pointed it at the employees and demanded cash from the register. The suspect took cash from the registers then fled the business through the drive-thru window. The suspect spoke only Spanish. The El Pollo Loco restaurant was only equipped with live-feed cameras that did not record; however, exterior cameras were identified at the Fry's grocery store within the same parking lot.

9. On 12/09/2025 at 2043 hours, an unknown Hispanic male wearing a white "Tommy" hooded sweatshirt, gray hat, dark gaiter-style mask, gray and black jogger sweatpants, and white shoes armed with a black semi-automatic handgun, entered the WSS Shoe Store located at 5120 W. Indian School Road in Phoenix. Upon entering the store, the suspect used his right hand and removed a black handgun from his sweatshirt pocket, pointed it at the employee, then took hold of the employee and redirected his movement. The suspect walked behind the employees-only area demanding money from the register in Spanish. The suspect used an ungloved hand to take money from within the cash registers while he held the handgun in his right hand. The suspect spoke only Spanish and this incident was captured on store video surveillance cameras. An exterior camera captured the suspect arriving to the scene and fleeing in a white Honda Accord four-door sedan.

10. On 12/09/2025 at approximately 1620 hours, Phoenix Police Department Detective Mensay #6103 advised investigators that Detective Carter #7888 had located a

2013 Honda Accord that matched the suspect vehicle description and was equipped with a black license frame mount on the front bumper. The license plate of the vehicle was found to be Arizona VHA641, and the vehicle was located at and registered to 6041 W. Thomas Road #222, Phoenix, Arizona. The registered owner of the vehicle was listed as Janet Rodriguez.

11. On 12/09/2025 at approximately 1655 hours, Officer Smith Peterson #10529 advised investigators she conducted follow up at the Fry's grocery store located at 6601 W. Indian School Road. Officer Smith Peterson advised that the store has multiple cameras including cameras with license plate reading technology. After review of the cameras Officer Smith Peterson advised she identified a vehicle matching the suspect vehicle description driving in the parking lot with a license plate believed to be VHA641.

12. Based on the investigative follow up, surveillance was established on the vehicle. On 12/09/2025, an unknown Hispanic male with the physical stature, height, and build of the suspect was observed exiting apartment #222 at the vehicle registration address and entering the white Honda Accord. The Hispanic male was observed driving the vehicle to multiple businesses prior to returning to the apartment. Investigators with the Crime Impact Unit observed the Hispanic male exit and enter apartment #222 on multiple occasions.

13. On 12/19/2025 at approximately 1930 hours, investigators conducted surveillance on the white Honda Accord and found the vehicle parked in the parking lot of the O'Reilly Auto Parts store at 8326 W. Indian School Road in Phoenix, Arizona. When investigators located the vehicle, they saw that there was a Hispanic male in the driver's seat of the vehicle and the vehicle did not have a license plate attached to the rear of the vehicle. Investigators watched as the Hispanic male exited the vehicle and walked into O'Reilly Auto Parts wearing a hooded sweatshirt and a facemask.

14. A short time later, at approximately 1940 hours, the Hispanic male exited O'Reilly Auto Parts, ran back to his vehicle, and then fled the scene. Investigators and the Phoenix Police Department Air Unit maintained visual on the suspect vehicle while

officers confirmed contacted the employees of O'Reilly Auto Parts who confirmed the subject had just robbed them at gunpoint, stealing $973 in cash.

15. At approximately, 1950 hours, the suspect vehicle was stopped, and the driver of the vehicle was taken into custody. The driver of the vehicle was identified as Alexis Garcia-Fajardo.

16. During a post-*Miranda* interview, Garcia-Fajardo admitted to robbing O'Reilly Auto Parts as well as the previous six armed robberies. Garcia-Fajardo explained that he committed the robberies because he needed the money for his family and his normal home repair job was not consistent. Garcia-Fajardo also stated that he used a .40 caliber Smith & Wesson handgun during all the armed robberies and that he bought the gun from a friend a few years ago. Garcia-Fajardo identified himself in the surveillance photos from each of the armed robberies.

17. Following arrest, investigators obtained state search warrant SW2025-103955 in Maricopa County for the vehicle registration address where Garcia-Fajardo was seen and the Honda Accord he was driving. During a search of the white Honda Accord, investigators located the facemask worn during the robberies, and a black, loaded, .40 caliber handgun that was in between the driver's seat and the center console. Specifically, the firearm was a Smith & Wesson, M&P 40C, .40 caliber pistol bearing serial number HPW1676. During a search of the apartment at 6041 W. Thomas Road #222, investigators found distinctive clothing that appeared to be that worn by Garcia-Fajardo during the robberies.

18. Garcia-Fajardo also admitted that he is a Mexican citizen and that he came to the United States illegally approximately two years ago. A records check revealed that Garcia-Fajardo has a conviction in 2013 for a violation of 8 U.S.C. § 1325, Improper Entry by Alien, and served three days in jail.

19. Based on training and experience and consultation with other agents and investigators, I know that Smith & Wesson firearms are not manufactured in Arizona and thus traveled in interstate commerce to reach the state. Further, each of the robbery

incidents occurred at a business engaged in interstate commerce or otherwise affected interstate commerce.

20. Based on the facts and circumstances stated in this Statement of Probable Cause, I submit there is probable cause that Alexis Garcia-Fajardo, committed the offenses alleged in the Complaint.

*Dustin Hooker* (Digitally signed by Dustin Hooker Date: 2025.12.21 13:51:22 -07'00')

Dustin Hooker, Task Force Officer
Federal Bureau of Investigation

Subscribed electronically and sworn telephonically this  21st  day of December, 2025.

_____
HONORABLE ALISON S. BACHUS
United States Magistrate Judge